UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ALICIA HILL,** *Plaintiff* § § § | |
| **v.** § | No. 1:23-cv-01272-DH |
| § | |
| **UNIVERSAL LOGISTICS OF VIRGINIA** *d/b/a Estes*, *Defendant* § § § § | |

### ORDER

The Court received notice that the parties have settled this case. Dkt. 34. Accordingly, the Court **ORDERS** the parties to file a stipulation of dismissal or a status report **on or before June 23, 2025**. If the parties fail to do so, the Court will reset the trial date.

SIGNED May 23, 2025.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1