UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ALICIA HILL,** *Plaintiff,* | § § § § | |
| v. | § § | No. 1:23-cv-1272-DH |
| **UNIVERSAL LOGISTICS OF VIRGINIA** *d/b/a Estes*, *Defendant* | § § § | |

# ORDER

On May 27, 2025, the parties in this case dismissed all claims between them with prejudice by joint motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 36. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party shall bear its respective costs and attorneys' fees incurred against one another in connection with this action.

**SIGNED** May 28, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE